Jennifer L. Nassiri (SBN 209796)
jennifer.nassiri@dlapiper.com
DLA PIPER US LLP
1999 Avenue of the Stars, 4th
Los Angeles, CA 90067
T: (310) 595-3000; F: (310) 595-3300
Attorneys for Plaintiff

FILED
CLERK, U.S. DISTRICT COURT
DEC 26 2006
CENTRAL DISTRICT OF CALIFORNIA
BY           DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

IT'S JUST LUNCH INTERNATIONAL LLC, a Nevada Limited Liability Company,

Plaintiff(s),

v.

THE TRINITY LLC, a Connecticut Limited Liability Company, A LITTLE LUNCH LLC, a Connecticut Limited Liability Company, and TRINITY FLOOD, an Individual and DOES 1-10,

Defendant(s).

CASE NUMBER

CV 06-07623-PA (RCx)

NOTICE OF DISMISSAL PURSUANT
RULE 41(a) or (c) F.R.Civ.P.

PLEASE TAKE NOTICE: *(Check one)*

☒ This action is dismissed by the Plaintiff(s) in its entirety.

☐ The Counterclaim brought by Claimant(s) _____ is dismissed by Claimant(s) in its entirety.

☐ The Cross-Claim brought by Claimants(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ The Third-party Claim brought by Claimant(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ **ONLY** Defendant(s) _____ is/are dismissed from *(check one)* ☐ Complaint, ☐ Counterclaim, ☐ Cross-claim, ☐ Third-Party Claim brought by _____.

The dismissal is made pursuant to Rule 41(a) or (c) of the Federal Rules of Civil Procedure.

December 21, 2006
Date

Jennifer L. Nassiri
Signature of Attorney/Party

DOCKETED ON CM
DEC 28 2006
BY _____ 145

*NOTE: F.R.Civ.P. 41(a):* This notice may be filed at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs.

*F.R.Civ.P. 41(c):* Counterclaims, cross-claims & third-party claims may be dismissed before service of a responsive pleading or prior to the beginning of trial.

CV-9 (07/01)   NOTICE OF DISMISSAL PURSUANT TO F.R.Civ.P. 41(a) or (c)   American LegalNet Inc. www.uscourtForms.com

## PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is DLA Piper US LLP, 1999 Avenue of the Stars, Suite 400, Los Angeles, California 90067-6022. On December 21, 2006, I served the within documents:

NOTICE OF DISMISSAL PURSUANT TO F.R.CIV.P. 41(a) or (c)

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

| | |
|---|---|
| Trinity Flood*<br>It's Just Lunch<br>City Place II<br>185 Sylum Street, Floor 6<br>Hartford, Connecticut 06013 | The Trinity LLC<br>c/o Trinity Flood<br>It's Just Lunch<br>City Place II<br>185 Sylum Street, Floor 6<br>Hartford, Connecticut 06013 |
| A Little Lunch<br>c/o Connecticut Secretary of State<br>30 Trinity Street<br>Hartford, Connecticut 06106 | Paul W. Rosenfeldt, Esq.<br>Edgarton, St. Peter, Petak & Rosenfeldt<br>10 Forest Avenue<br>Fond Du Lac, WI 54936-1276 |

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the Bar of or permitted to practice before this Court at whose direction the service was made.

Executed on December 21, 2006, at Los Angeles, California.

*Bambi Clark*
Bambi Clark

DLA PIPER US LLP
LOS ANGELES

LOSA1\172754.1
234897-50